IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

A. J. GREENBERG                                                              PLAINTIFF

VS.                                       CASE NO. 06-CV-1027

INTERNAL REVENUE SERVICE                                        DEFENDANT

## ORDER

Before the Court is Plaintiff A. J. Greenberg's Motion to Reduce Fee. (Doc. No. 2). Plaintiff seeks a reduction of the Court's filing fee and asks the Court to direct the clerk's office to refund $100.00 of the $250.00 filing fee paid in this matter.

Plaintiff filed this action on March 22, 2006. At that time the filing fee to institute a civil action in this Court was $250.00.[1] This amount was paid by the Plaintiff. Plaintiff now seeks a reduction in this fee because he was inadvertently given an outdated Manual for Pro Se Litigants which stated that the Court's filing fee was $150.00.

The Court regrets that Plaintiff received an outdated pro se manual containing the old filing fee information but this does not change the fact that on the date this action was filed the filing fee was $250.00. Further, the Court believes that the Plaintiff has the financial ability to pay the required $250.00 filing fee as is evidenced by the fact that the filing fee has already been paid by the Plaintiff. The Court finds that a reduction in the filing fee is not appropriate in this case. Therefore, the Plaintiff's motion to reduce the filing fee is hereby **denied**.

---

[1] As of April 9, 2006, the filing fee for instituting a civil action in this Court increased to $350.00.

IT IS SO ORDERED, this 17th day of April, 2006.

                                                                                            /s/Harry F. Barnes  
                                                                                           Hon. Harry F. Barnes  
                                                                                           United States District Judge